UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BROOKE C. DELENCH
  Plaintiff

V.

KIMBERLY ARCHIE
  Defendant

CIVIL ACTION NO. 1:18-CV-12549-LTS

PLAINTIFF'S EMERGENCY MOTION TO CONDUCT
DISCOVERY PRIOR TO THE TIME SPECIFIED IN RULE 26(d)(1)

Plaintiff Brooke de Lench ("Ms. de Lench") moves this Court, pursuant to Fed. R. Civ. P. 26(d)(1) and 45, and L.R. 7.1(a)(2) and (c), 26.2(a) and(c), for an order allowing her to obtain limited non-party discovery from a non-party, Twitter, Inc. prior to the time specified in Fed. R. Civ. P. 26(b)(1). As grounds, Plaintiff attaches her Memorandum of Law and Affidavit of Brooke de Lench.

1

WHEREFORE, plaintiff Brooke de Lench, respectfully requests that the Court permit her, for good cause shown, to serve a records keeper subpoena on Twitter, Inc. before the Rule 26(f) conference.

    Respectfully submitted,

    BROOKE DE LENCH
    By her attorney,

    /s/ Lindsey M. Straus /s/
    Lindsey M. Straus, Esquire
    BBO #554181
    Law Office of Lindsey M. Straus
    110 Court Way
    Brewster, MA 02631
    (508) 896-8008
    lindseystrausoncape@gmail.com

Dated: March 4, 2019

## REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)

Plaintiff believes that oral argument may assist the Court in deciding this motion and wishes to be heard on her motion.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiff's counsel has conferred with counsel of record for the Defendant regarding this motion and attempted in good faith to resolve or narrow the issue it presents.

    /s/ Lindsey M. Straus /s/
    Lindsey M. Straus

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, I caused the foregoing document to be filed electronically on CM/ECF, thereby causing electronic notice to be provided to all counsel of record and paper copies will be sent to those indicated as nonregistered participants.

    _____
    Lindsey M. Straus