UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BROOKE C. DELENCH
  Plaintiff

V.   CIVIL ACTION NO. 1:18-CV-12549-LTS

KIMBERLY ARCHIE
  Defendant

AFFIDAVIT OF BROOKE DE LENCH IN SUPPORT OF
PLAINTIFF'S EMERGENCY MOTION TO CONDUCT LIMITED
DISCOVERY PRIOR TO THE TIME SPECIFIED IN RULE 26(d)(1)

I, Brooke de Lench, being duly sworn, depose and say as follows:

1. I am the plaintiff in the above-captioned action. I give this affidavit in support of Plaintiff's Assented-To Motion to Conduct Limited Discovery Prior to The Time Specified in Rule 26(d)(1).

2. Defendant has accused me of opening a number of anonymous Twitter accounts which she claims I have used to harass her and other families of athletes who have been discovered after death to have been suffering from chronic traumatic encephalopathy (CTE), a disease linked in research to concussive and sub-concussive impacts sustained in contact and collision sports such as tackle football. I have reason to believe that Ms. Archie has herself used anonymous Twitter accounts to attack me. A list of the relevant Twitter accounts is attached as Exhibit A.

3. It is my understanding that Twitter maintains information sufficient to identify the individual(s) who create, control, maintain, or operate Twitter profiles, but that, once an

account has been deactivated, such information is only available for thirty (30) days. See Exhibit B.

4. Recently, one of those accounts - @danconner76 – was deactivated, and it is possible, indeed likely, that other accounts at issue in this case will be deactivated before my counsel is able to obtain information about them from Twitter.

5. Unless I am able to obtain account information from Twitter about the anonymous accounts before they are deactivated and the information is scrubbed from Twitter's system, I may be irreparably harmed because I may be unable to establish definitively that I was not, as Defendant has falsely claimed, the owner of those accounts, nor will I be able to determine whether any of the accounts were actually created by the Defendant.

Signed under the pains and penalties of perjury this 26th day of February 2019.

_____
Brooke de Lench