UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BROOKE C. DELENCH
  Plaintiff

V.

KIMBERLY ARCHIE
  Defendant

CIVIL ACTION NO. 1:18-CV-12549-LTS

PLAINTIFF'S RESPONSE TO COURT ORDER REQUESTING
RULE 45 SUBPOENA TO TWITTER, INC.

Plaintiff Brooke de Lench, pursuant to the Court's order of March 5, 2019, hereby submits a proposed Rule 45 subpoena to Twitter, Inc. describing with particularity the information sought by Plaintiff regarding the Twitter accounts listed.

Respectfully submitted,
BROOKE DE LENCH

By her attorney,

 /s/ Lindsey M. Straus /s/
Lindsey M. Straus, Esquire
BBO #554181
Law Office of Lindsey M. Straus
110 Court Way
Brewster, MA 02631
(508) 896-8008
lindseystrausoncape@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I caused the foregoing document to be filed electronically on CM/ECF, thereby causing electronic notice to be provided to all counsel of record and paper copies will be sent to those indicated as nonregistered participants.

 /Lindsey M. Straus
Lindsey M. Straus

Dated: March 6, 2019