# **Exhibit A**

Documents sufficient to identify the individual(s) who created, controlled, maintained, or operated the Twitter profiles located below, including documents that identify the individual(s)' names, addresses, email addresses, phone numbers, Internet Protocol (IP addresses), and Media Access Control (MAC) addresses:

- < https://twitter.com/tackleCTE >             @tackleCTE
- < https://twitter.com/PeterBrookfiel4>        @PeterBrookfiel4
- < https://twitter.com/DanConner76>            @DanConner76
- < https://twitter.com/kewlhandluke11>         @kewlhandluke11
- <https://twitter.com/saveyourbrain1>          @saveyourbrain1
- < https://twitter.com/OkayestOfMoms>          @OkayestOfMoms
- <https://twitter.com/carryon123456>           @carryon123456
- <https://twitter.com/37919KJ>                 @37919KJ
- < https://twitter.com/NFLObjectors>           @NFLObjectors
- <https://twitter.com/EyesOpnFootball>         @EyesOpnFootball
- <https://twitter.com/kimberlyarchie>          @KimberlyArchie
- <https://twitter.com/brookedelench>           @brookedelench