UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BROOKE C. DELENCH
  Plaintiff

V.                                      CIVIL ACTION NO. 1:18-CV-12549-LTS

KIMBERLY ARCHIE
  Defendant

## ASSENTED-TO MOTION TO ENLARGE TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Brooke de Lench ("Ms. de Lench") submits this assented-to motion for additional time to file a memorandum in opposition to Defendant Kimberly Archie's Motion to Dismiss her First Amended Complaint. Plaintiff states that she has requested an extension until Monday, April 29, 2019 of the deadline for opposing the Defendant's Motion to Dismiss and Defendant has agreed. Plaintiff therefore respectfully requests that the Court permit her until April 29, 2019 to respond to Defendant's Motion to Dismiss.

                                                          BROOKE DE LENCH
                                                          By her attorney,

                                                          /s/ Lindsey M. Straus /s/
                                                          Lindsey M. Straus, Esquire
                                                          BBO #554181
                                                          Law Office of Lindsey M. Straus
                                                          110 Court Way
                                                          Brewster, MA 02631
                                                          (508) 896-8008
                                                          lindseystrausoncape@gmail.com

Dated:  April 16, 2019

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiff's counsel has conferred with counsel of record for the Defendant regarding this motion and Defendant's counsel has assented to its filing.

/s/ Lindsey M. Straus /s/
Lindsey M. Straus

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019, I caused the foregoing document to be filed electronically on CM/ECF, thereby causing electronic notice to be provided to all counsel of record and paper copies will be sent to those indicated as nonregistered participants.

/s/ Lindsey M. Straus /s/
Lindsey M. Straus