UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKE DE LENCH,<br>　　　　　Plaintiff,<br>v.<br><br>KIMBERLY ARCHIE,<br>　　　　　Defendant. | Civil Action No.: 1:18-cv-12549-LTS<br><br>**DEFENDANT KIMBERLY ARCHIE'S <u>ASSENTED-TO</u> MOTION FOR LEAVE TO FILE REPLY BRIEF REGARDING MOTION TO DISMISS** |

Pursuant to Local Rule 7.1(b)(3), defendant Kimberly Archie ("Ms. Archie"), with the assent of Plaintiff, respectfully requests leave of Court to file on or before May 10, 2019 a reply of no more than ten (10) pages in response to Plaintiff's opposition to her motion to dismiss. Ms. Archie's proposed reply will address arguments and points raised in Plaintiff's opposition to Ms. Archie's motion to dismiss, and not fully addressed by Ms. Archie previously. Ms. Archie believes her brief reply will assist the Court in deciding the motion to dismiss.

WHEREFORE, Ms. Archie respectfully requests that the Court grant her leave to file a reply as requested.

Dated: May 1, 2019

　　　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　　　KIMBERLY ARCHIE,
　　　　　　　　　　　　　　　　　　　By Her Attorneys:

　　　　　　　　　　　　　　　　　　　*/s/ Francis D. Dibble*
　　　　　　　　　　　　　　　　　　　Francis D. Dibble, BBO No. 123220
　　　　　　　　　　　　　　　　　　　Elizabeth S. Zuckerman, BBO No. 673190
　　　　　　　　　　　　　　　　　　　BULKLEY, RICHARDSON AND GELINAS, LLP
　　　　　　　　　　　　　　　　　　　1500 Main Street, Suite 2700
　　　　　　　　　　　　　　　　　　　Springfield, MA 01115
　　　　　　　　　　　　　　　　　　　Tel: (413) 781-2820
　　　　　　　　　　　　　　　　　　　fdibble@bulkley.com
　　　　　　　　　　　　　　　　　　　ezuckerman@bulkley.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that Plaintiff's counsel, Lindsey Straus, and I conferred by telephone on or about May 1, 2019, regarding the subject matter of this motion and Plaintiff's counsel assented to the filing of this motion.

>/s/ *Francis D. Dibble*
>Francis D. Dibble

## CERTIFICATE OF SERVICE

I, Francis D. Dibble, hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 1, 2019.

>/s/ *Francis D. Dibble*
>Francis D. Dibble

3079542